**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| THERESA COLE, ) | |
| ) | CASE NO.   1:07-cv-1989 |
| Plaintiff, ) | |
| ) | |
| v. ) | MAGISTRATE JUDGE VECCHIARELLI |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | **ORDER** |
| ) | |
| Defendant. ) | |

The court affirmed the decision of the Commissioner of Social Security ("Commissioner") in the above-captioned case and entered judgment in favor of the Commissioner on April 22, 2008. (Doc. Nos. 20, 21.) On June 16, 2008, plaintiff, Theresa Cole ("Cole"), filed a notice of appeal of the court's decision to the Sixth Circuit Court of Appeals. (Doc. No. 22.) Cole now moves to proceed *in forma pauperis* and submits an application and affidavit in support of her motion. (Doc. No. 23.)

The court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal could be taken from the court's decision in good faith. Therefore, upon examination of Cole's application and affidavit, the court grants Cole's motion to proceed *in forma pauperis*.

**IT IS SO ORDERED.**

/s/ Nancy A. Vecchiarelli
U.S. Magistrate Judge

Date: July 9, 2008